**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ERIC DELANEY DUHON, JR.                    CIVIL ACTION NO.  25-0531 SEC P
755370

VERSUS                                     JUDGE DONALD E. WALTER

MICHELLE DAUZAT                            MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of March, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE